**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    **Plaintiff**<br><br>    **v.**<br><br>**JOSE JOEL JIMENEZ-RAMOS, ET AL**<br>    **Defendants** | **Criminal No. 06-158 (ADC)** |

**ORDER**

A Status Conference is set for June 13, 2006 at 9:30 a.m.  **Unless on trial, the AUSA in-charge of the case shall attend.**  The Government will be expected to report on:

(a)  existence of audio recordings (whether T. III, consensual), transcripts availability

(b)  existence of video recordings

(c)  statements/admissions by defendants

(d)  search warrants (at Federal or State level)

(e)  investigation reports by law enforcement agents

(f)  evidence seized from defendants, if any

(g)  suggested dates for ocular inspection of evidence seized, if any

(h)  type of scientific (forensic) testing requested and expected date of completion for the laboratory or expert's report

(i)  any prior criminal record or bad acts attributable to defendants.

**SO ORDERED.**

At San Juan, Puerto Rico, this 23rd day of May, 2006.


S/**AIDA M. DELGADO-COLON**
**United States District Judge**