IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
    **Plaintiff**

**v.**

**LUIS A. CRUZ-LOPEZ (3)**
    **Defendant**

Criminal No. 06-158 (ADC)

## ORDER

Before the Court is an unopposed Report and Recommendation issued by Chief Magistrate-Judge Justo Arenas on August 2,, 2007. **(Docket No. 654)** In said Report and Recommendation the Chief Magistrate-Judge recommends that: defendant **Luis A. Cruz-Lopez** be adjudged guilty of the offenses charged in Count I (21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)§ (B), 846, and 860) inasmuch as, his plea of guilty on August 1, 2007 **(Docket No. 650)**, was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Chief Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules.  See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Chief Magistrate-Judge's Report and Recommendation in its entirety.

Criminal No.06-158 (ADC)                                                                                    Page -2-

      Accordingly, a judgment of conviction is to be entered as to Count I of the indictment in the above-captioned case.

      This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report on . **The sentencing hearing is set for October 9, 2007 at 2:00 p.m.**

      **SO ORDERED.**

      At San Juan, Puerto Rico, this 13${}^{\text{th}}$ day of August, 2007.

      S/**AIDA M. DELGADO-COLON**
      **District Judge**